**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KENYETTA S. BUTLER

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

    **-against-**

SUMITOMO MITSUI BANKING CORPORATION

_____

_____

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No

                      *(check one)*

2

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | KENYETTA BUTLER |
| Street Address | 141 HOLCOMB BRIDGE RD #234 |
| City and County | NORCROSS, GWINNETT COUNTY |
| State and Zip Code | GA, 30071 |
| Telephone Number | 718-809-3654 |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SUMITOMO MITSUI BANKING CORPORATION |
| Job or Title (if known) | |
| Street Address | 200 HUDSON STREET |
| City and County | JERSEY CITY, HUDSON COUNTY |
| State and Zip Code | NJ, 07311 |
| Telephone Number | 201-536-5589 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

3

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 3

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

Defendant No. 4

    Name    _____

    Job or Title    _____
    (if known)

    Street Address    _____

    City and County    _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address    _____
    (if known)

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name    SUMITOMO MITSUI BANKING CORPORATION

    Street Address    200 HUDSON STREET

    City and County    JERSEY CITY, HUDSON COUNTY

    State and Zip Code    NJ, 07311

    Telephone Number    201-536-5589

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☑  Termination of my employment.

☐  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☐  Retaliation.

☐  Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)
FEBRUARY 4, 2024
_____

C.   I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☑  is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race _____

☑  color_____

☑  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*
_____

6

E.    The facts of my case are as follows.  Attach additional pages if needed.

ON FEBRUARY 4, 2024 I WAS CALLED INTO A VIDEO CONFERENCE WITH THE EVP, ANDREW HOMOLA ALONG WITH AN HR REPRESENTATIVE ,

ADVISING ME THE BANK WAS TRYING TO SAVE MONEY AND MY POSITION WAS BEING ELIMINATED. BEING MY SALARY WAS ONE OF THE LOWEST, AND THEY HIRED 2 CONTRACT WORKERS IN 2023 TO ASSIST WITH THE WORKLOAD, HOW DO YOU JUSTIFY ELIMINATING MY POSITION WHEN OTHERS WERE PAID MORE THAN ME.

I WAS HIRED AT THE BANK IN 2019 AS AN ADMINISTRATOR, 5 PEOPLE WERE HIRED AFTER ME (ALL CAUCASIAN) WITH TITLES OF ASSOCIATE OR HIGHER, WHICH CAME WITH HIGHER SALARIES. I ALREADY HAD A COUPLE CALLS INTO H.R. COMPLAINING ABOUT THE TREATMENT I WAS RECEIVING FROM MY MANAGER AND ANOTHER MANAGER (PROVIDING H.R. WITH COPIES OF EMAILS FOR VERIFICATION) BUT DID NOT WANT TO FORMALIZE MY COMPLAINT FOR FEAR OF RETALIATION. I HAVE PREVIOUSLY WITNESSED, WITHIN MY FIRST MONTH OF EMPLOYMENT,

A FELLOW EMPLOYEE BEING BERATED ON THE FLOOR BY A MANAGER WITH NO CONSEQUENCES TO THE MANAGER, WHO HAS SINCE BEEN PROMOTED TO VP. I WANTED TO AVOID ANY RETALIATION BUT I STILL RECEIVED IT, VIA MY JOB ELIMINATION. I HAVE NEVER HAD ANY DISCIPLINARY ACTION YET I REALIZED FOR MY YEAR END REVIEW IN 2022 MY MANAGER STARTED TO GIVE DISPARAGING REMARKS ABOUT MY WORK, YET IN 2023 SHE WAS STILL CALLING ME TO HELP ANOTHER CO-WORKER COMPLETE THEIR WORK.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
JUNE 2024

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*
AUGUST 5, 2025

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM SEEKING A COMBINED $350,000.00 IN PUNITIVE DAMAGES. THIS IS INCLUDING, THE AMOUNTS TAKEN FROM MY 401K ($45,182.00) AND EARLY WITHDRAWAL PENALTIES (USED TO ASSIST WITH MY BASIC DAILY LIVING SINCE 2024), THE MONEY I AM CURRENTLY PAYING (SINCE MAY 2025) TO COVER BOTH MY MORTGAGE IN DELAWARE ALONG WITH MY RENT IN GEORGIA ($21,000+); THE FEES FOR THE UPKEEP OF MY CAR USED TO DRIVE BACK AND FORTH TO NYC FROM DELAWARE WHEN I HAD A CONTRACT POSITION IN NY (16,731 MILES FOR 39 WEEKS) THAT REQUIRED ME TO BE IN OFFICE 3 DAYS A WEEK; THE MONIES PAID (VIA CREDIT CARDS) TO COVER THE MOVE

THE ADDITIONAL FUNDS ($229,182.00) I AM SEEKING WILL OFFSET THE EMOTIONAL AND MENTAL STRAIN I HAVE ENDURED KNOWING THAT I WILL BE ABLE TO CONTINUE TO PAY MY MORTGAGE UNTIL I AM ABLE TO SELL MY HOME AND I WILL ALWAYS BE ABLE TO AFFORD THE MEDICATION I AM NOW REQUIRED TO TAKE TIL MY DEMISE. WHAT SMBC DID, ELIMINATING MY POSITION, WAS MALICIOUS AND THEIR EXCUSE, TO SAVE MONEY WAS PREPOSTEROUS AND I WANT THEM TO ACKNOWLEDGE THIS AND RESOLVE IT.

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____OCTOBER 29_____, 20__25__.

Signature of Plaintiff     *Kenyetta S. Butler*

Printed Name of Plaintiff     KENYETTA S. BUTLER

8

**B.**  **For Attorneys**

Date of signing: _____, 20$^{25}$__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

9